IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

Jasmine Robeson, :
:
    Plaintiff(s), :
:
                                    : Case Number: 1:20cv28
vs. :
: Judge Susan J. Dlott
Swift Transportation Services, LLC, :
:
    Defendant(s). :

ORDER

The Court has reviewed the Report and Recommendation of United States Magistrate Judge Stephanie K. Bowman filed on March 30, 2020 (Doc. 12), to whom this case was referred pursuant to 28 U.S.C. §636(b), and noting that no objections have been filed thereto and that the time for filing such objections under Fed. R. Civ. P. 72(b) expired April 13, 2020, hereby ADOPTS said Report and Recommendation.

Accordingly, defendant Hudson's motion to dismiss for lack of jurisdiction (Doc. 4) is GRANTED. Defendant Hudson is DISMISSED from this case.

IT IS SO ORDERED.

_____
Judge Susan J. Dlott
United States District Court